**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual,*  CASE NO.: 1:24-cv-23443-KMM

      Plaintiff,

vs.

HYATT CORPORATION,
a Foreign Corporation,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JESUS GONZALEZ, hereby notifies this Court that a settlement in principle has been reached in this case. The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days for Plaintiff to either file his Notice of Dismissal with Prejudice or for litigation to resume.

DATED this **11th** day of **September,** 2024.

                                      Respectfully Submitted,

                                      **LAW OFFICES OF NOLAN KLEIN**
                                      *Attorneys for Plaintiff*
                                      5550 Glades Road, Suite 500
                                      Boca Raton, FL 33431
                                      PH:    (954) 745-0588

                                      By:  */s/ Nolan Klein*
                                      NOLAN KLEIN, ESQ.
                                      Florida Bar No. 647977
                                      klein@nklegal.com
                                      amy@nklegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **11th** day of **September,** 2024.

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.

## **SERVICE LIST:**

**MENDY HALBERSTAM, ESQ.**
Florida Bar No. 68999
JACKSON LEWIS, P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Primary e-mail: mendy.halberstam@jacksonlewis.com
*Counsel for Defendant*